**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 97-7261**

─────────────

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

   versus

MICHELE ANTHONY BLOUNT,

          Defendant - Appellant.

─────────────

Appeal from the United States District Court for the District of
South Carolina, at Florence.  Cameron McGowan Currie, District
Judge.  (CR-94-246, CA-97-1222-4-22)

─────────────

Submitted:  March 24, 1998    Decided:  May 1, 1998

─────────────

Before MURNAGHAN and HAMILTON, Circuit Judges, and HALL, Senior
Circuit Judge.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Michelle Anthony Blount, Appellant Pro Se.  Alfred William Walker
Bethea, Assistant United States Attorney, Florence, South Carolina,
for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Blount, No. CA-97-1222-4-22 (D.S.C. Sept. 3, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED